UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|     VITO ANTHONY LAFATA, ) | CHAPTER 13 |
|         Debtor ) | DOCKET NUMBER: 04-44511 JBR |
| ) | |
| EASTERN SAVINGS BANK, FSB, ) | |
|         Plaintiff ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | DOCKET NUMBER: 05-04012JBR |
| VITO A. LAFATA, ) | |
|         Defendant ) | |

**AFFIDAVIT OF COUNSEL AUTHENTICATING EVIDENCE SUBMITTED WITH DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

I, Laurel E. Bretta, upon oath depose and state as follows:

1. I am a principal of Bretta & Grimaldi, P.A., counsel to the Debtor/Defendant, Vito Anthony Lafata ("Lafata"). This affidavit is based upon my personal knowledge.

2. In the course of conducting discovery in these proceedings, my office has obtained evidence in the form of documents and deposition testimony from various witnesses.

3. The evidence referred to in the Defendant's Memorandum of Law in Opposition to Motion for Summary Judgment by Plaintiff is submitted as Exhibits 1 through 16 attached to this Affidavit.

1

4. Set forth on the following Table of Exhibits is a list of the attached Exhibits with references to the sources of the evidence.

Signed this 22nd day of August 2005, under the pains and penalties of perjury.

/s/ Laurel E. Bretta
Laurel E. Bretta, Attorney
Bretta & Grimaldi, P.A.
19 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-0090
BBO #547358

## CERTIFICATE OF SERVICE

I, Laurel E. Bretta, attorney for the Debtor, Vito Anthony Lafata, hereby certify that a true copy of the foregoing Affidavit of Counsel Authenticating Evidence Submitted with Defendant's Opposition to Summary Judgment and Cross Motion for Summary Judgment was served on August 22, 2005 to the following:

by electronic filing to:

    Denise M. Pappalardo, Attorney    denisepappalardo@ch13worc.com
    James M. Liston, Esquire    jml@bostonbusinesslaw.com

Dated:  August 22, 2005    /s/ Laurel E. Bretta
    Laurel E. Bretta, Attorney
    Bretta & Grimaldi, P.A.
    19 Mystic Avenue
    Medford, Massachusetts 02155
    (781) 395-0090
    BBO #547358

d:\data\lafata\adversary\sj\affidleb1