# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MASSACHUSETTS

In re:

    **VITO ANTHONY LAFATA**
      Debtor

CHAPTER 13
DOCKET NO. 04-44511 JBR

**EASTERN SAVINGS BANK, FSB,**
      Plaintiff

v.

ADVERSARY PROCEEDING
DOCKET NO. 05-04012 JBR

**VITO A. LAFATA and GAIL NESS,**
      Defendant

## MOTION TO PERMIT DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY

NOW COMES, the Defendant, Gail Ness, through her attorney, who respectfully requests that this Honorable Court allow the Defendant's attorney to appear telephonically at the Pre-trial Conference, currently scheduled for tomorrow, September 28th, 2006, at 9:00 am.

As reason therefore, Defendant's counsel has a scheduled appearance in the motion session of the Lawrence District Court, in the matter of Commonwealth v. Joseph DiLorenzo, Docket No. 0618CR3101, at 9:00 am. The Pre-trial Conference was originally scheduled for 11:30 am on September 28th, 2006. Counsel for the Defendant, Gail Ness, had verbally assented to a motion to continue the hearing date, to accommodate counsel for the Debtor, Vito A. Lafata. However, Counsel was unaware that the Debtor's counsel would also be requesting an earlier time on the same date, for the rescheduling of the Pre-trial Conference.

Respectfully submitted,
Gail Ness
By her attorney

James M. Bowers, Esq.
261 Common Street
Lawrence, MA 01840
(978) 686-8262
BBO# 558759

Dated: September 27, 2006

## CERTIFICATE OF SERVICE

I, James M. Bowers, Attorney for Defendant, Gail Ness, hereby certify that I have served a copy of the within **Motion to Permit the Defendant's Counsel to Appear Telephonically**:

by Email to:

Denise M. Pappalardo, Esq.      denisepappalardo@ch13worc.com
James M. Liston, Esq.           jml@bostonbusinesslaw.com
Richard P. Consoli, Esq.        consolilaw@verizon.net
Frank McGinn, Esq.              ffm@bostonbusinesslaw.com
Thomas Looney, Esq.             tml@bostonbusinesslaw.com

by Facsimile to:

Laurel Bretta, Esq.
19 Mystic Avenue
Medford, MA 02155
Fax: (781) 395-0001


Susan E. Cohen, Esq.
Peabosy & Arnold
30 Rowes Wharf
Boston, MA 02110
Fax: (617) 951-2125


Signed under the pains and penalties of perjury this 27th day of September, 2006.


James M. Bowers, Esq.